IN THE UNITED STATES DISTRICT COURT
OF MARYLAND

| | |
|---|---|
| BRENDA LOUISE MORRIS, § § Plaintiff, § § vs. § § (1) MINNESOTA MINING AND MANUFACTURING COMPANY; (2) MINNESOTA MINING AND MANUFACTURING COMPANY, a/k/a 3M; (3) 3M PHARMACEUTICALS, a Division of MINNESOTA MINING AND MANUFACTURING COMPANY, and (4) 3M HEALTH CARE LIMITED, § § Defendants. § | CIVIL ACTION NO. RDB 13 CV 1107 JURY TRIAL |

## JOINT STATUS REPORT

Plaintiff, Brenda Morris, and Defendants Minnesota Mining and Manufacturing Company (properly named as 3M Company), Minnesota Mining and Manufacturing Company, a/k/a 3M (properly named as 3M Company), 3M Pharmaceuticals, a Division of Minnesota Mining and Manufacturing Company, and 3M Health Care Limited (collectively "Defendants"), submit this Joint Status Report in response to issues enumerated in this Court's Scheduling Order (ECF No. 9) and Order dated November 14, 2013 (ECF No. 12) as follows:

## I. MODIFICATION OF SCHEDULING ORDER

The parties request modification of the scheduling order as follows:

| Event | Current Date | Proposed Date |
|---|---|---|
| Moving for joinder of additional parties and amendment of pleadings | December 12, 2013 | January 13, 2014 |

| | | |
|---|---|---|
| Plaintiff's Rule 26(a)(2) disclosures | December 27, 2013 | January 27, 2014 |
| Defendants' Rule 26(a)(2) disclosures | January 27, 2014 | February 27, 2014 |
| Plaintiff's rebuttal Rule 26(a)(2) disclosures | February 10, 2014 | March 10, 2014 |
| Rule 26(e)(2) supplementation of disclosures and responses | February 18, 2014 | March 18, 2014 |
| Discovery deadline; submission of status report | March 12, 2014 | April 14, 2014 |
| Requests for admission | March 19, 2014 | April 21, 2014 |
| Dispositive pre-trial motions deadline | April 11, 2014 | May 12, 2014 |

## II.    JOINT REQUEST FOR ADR CONFERENCE

Plaintiff and Defendants consent to an early settlement / ADR conference.

## III.    REPORT OF DEPOSITION HOURS

Plaintiff and Defendants request the 30 hours of depositions of fact witnesses consistent with the Court's Scheduling Order.

## IV.    CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE

Plaintiff and Defendants consent to proceeding before a United States Magistrate Judge.

## V.    DISCOVERY OF ELECTRONICALLY STORED INFORMATION

Plaintiff and Defendants do not expect to engage in discovery of electronically stored information.

Respectfully submitted,

*/s/ Alicia N. Ritchie*
Michael A. Brown (Federal Bar No. 07483)
mbrown@milesstockbridge.com
Alicia N. Ritchie (Federal Bar No. 28631)
aritchie@milesstockbridge.com
Matthew R. Schroll (Federal Bar No. 29424)
mschroll@milesstockbridge.com
Miles & Stockbridge, P.C.
100 Light Street
Baltimore, Maryland 21202
(410) 727-6464

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on this 2nd day of December, 2013, the foregoing was electronically filed and served on all counsel of record pursuant to the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the District of Maryland and further served in compliance with the Rules 5(b) of the Federal Rules of Civil Procedure by fax and/or by certified mail, return receipt requested to:

Brenda L. Morris
2941 Arter Mills Rd.
Westminster, MD 21158

               */s/ Alicia N. Ritchie*
               Alicia N. Ritchie